# United States Court of Appeals
## For the First Circuit

No. 25-1733

RALPH BRONSON FILS-AIME,

Petitioner,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

Before

Gelpí, Montecalvo, and Aframe,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: August 14, 2025

Petitioner Ralph Bronson Fils-Aime seeks a stay of removal pending resolution of his petition for review. The motion is <u>allowed</u>, and petitioner's removal is stayed in relation to any and all removal orders entered against him. If the petition for review is denied -- and absent further order of court prescribing a different result -- the stay of removal will expire when mandate issues.

The government's motion to dismiss is <u>denied without prejudice</u> to consideration of relevant issues by the ultimate merits panel. The parties are directed to address jurisdiction/timeliness and any other relevant gating issues in their respective merits briefs.

Finally, the government's request to stay briefing and production of the administrative record is <u>denied</u> as moot in light of the foregoing. The Clerk of Court will set a briefing schedule in due course.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Gilles R. Bissonnette, SangYeob Kim, Chelsea Eddy, Anthony Paul Nicastro, Bernard Joseph, Oil, Craig Kuhn